**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-7898**

───────────

BRUCE W. KOENIG,

        Plaintiff - Appellant,

      v.

GARY MAYNARD, Secretary; J. MICHAEL STOUFFER, Deputy
Secretary; JON P. GALLEY, Director; RANDY WATSON; BOBBY
SHEARIN, Warden; DAVID WADE, Assistant Warden; LIEUTENANT
PENNINGTON, Housing Unit Manager; SERGEANT BOWMAN, Housing
Unit Supervisor; SERGEANT SOWERS; LIEUTENANT HARBAUGH,
Housing Unit Manager; SERGEANT ZAIN; GAZY SINDY; RANDY
DURST; CORRECTIONAL OFFICER II DORCON; SCOTT OAKLEY,
Executive Director; ROBIN WODFORD,

        Defendants – Appellees,

     and

THOMAS DEWBERRY; JEROME WOODS, II; UNKNOWN EMPLOYEES AND
FORMER EMPLOYEES,

        Defendants.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:12-cv-01088-JFM)

───────────

Submitted:  April 17, 2014        Decided:  April 21, 2014

───────────

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se.  Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koenig v. Maynard, No. 1:12-cv-01088-JFM (D. Md. Aug. 6, 2013; Oct. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED